**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kendra Nicole Tucker AKA Kendra Nicole Johnston
Wallace and Clinton Tucker, Defendants,

v.

Steven Borusovic and Sara Borusovic, Intervenors,

Of whom Kendra Nicole Tucker AKA Kendra Nicole
Johnston Wallace is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2016-001224

———————

Appeal From Anderson County
David E. Phillips, Family Court Judge

———————

Unpublished Opinion No. 2017-UP-191
Submitted April 19, 2017 – Filed May 3, 2017

———————

**AFFIRMED**

———————

R. Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr., of Greenville, for Appellant.

Dottie C. Ingram, of South Carolina Department of Social Services, of Greenville, and Assistant Solicitor Catherine Anderson Wyse, of Walhalla, both for Respondent.

Larry Dale Dove, of Dove Law Group, LLC, of Rock Hill, for Intervenors.

Brittany Dreher Senerius, of Senerius & Tye, Attorneys at Law, of Anderson, for the Guardian ad Litem.

———————

**PER CURIAM:** Kendra Nicole Tucker appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2016). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 463, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Tucker's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and HUFF and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.